# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ABDEL JABER SALEH, <br><br> Plaintiff, <br><br> vs. <br><br> RANDY PFISTER, individually and in his official capacity as former Warden of Statesville Correctional Center, Illinois Department of Corrections; JOEY DETHROW, individually and in his official capacity as former Correctional Sergeant, Illinois Department of Corrections; and SHERWIN MILES, in his official capacity as Warden of Statesville Correctional Center, Illinois Department of Corrections, <br><br> Defendants. | CIVIL ACTION NO. 1:18-cv-01812 <br><br> Hon. Sharon Johnson Coleman <br> Hon. Magistrate Judge Mary M. Rowland |

## PLAINTIFF ABDEL JABER SALEH'S FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6) DEPOSITION NOTICE TO ILLINOIS DEPARTMENT OF CORRECTIONS

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Abdel Jaber Saleh, by its attorneys Reed Smith LLP, will take the deposition of the Illinois Department of Corrections (IDOC), by oral examination of one or more persons designated by IDOC with regard to the Topics set forth in Schedule A. The deposition will take place at the offices of Reed Smith LLP, 10 South Wacker Drive, Chicago, Illinois 60606, beginning at 9:00 a.m. on February 24, 2020, or at another mutually agreed upon time and place. The deposition, if not completed on the specified date, will continue at another mutually agreed upon time and place until such date as is necessary to complete the deposition. The testimony will be recorded by stenographic means.

- 2 -

Dated: February 3, 2019            Respectfully submitted,

           By:    /s/ Caitlin Young_____

James A. Rolfes (ARDC No. 6200271)
Caitlin O. Young (ARDC No. 6321768)
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
T: (312) 207-1000
F: (312) 207-6400
coyoung@reedsmith.com

*Counsel for Plaintiff Abdel Jaber Saleh*

## SCHEDULE A

1. IDOC's investigation of, response to and determination regarding Mr. Saleh's September 13, 2017 grievance including, without limitation, identification of: persons interviewed; documents reviewed; oral or written communications related to, and documents generated as part of, the investigation, response and determination; and the actions of all IDOC personnel in considering and reaching a determination about the grievance.

2. IDOC's search for documents responsive to Mr. Saleh's requests for production, including without limitation, facts identified to support the assertion of an objection to any such request as "unduly burdensome."

3. IDOC's search for, or destruction of, sign-in sheets for September 8, 2017 and September 11, 2017 that include signatures for, or references to, Lieutenant Edward Jacob.

4. IDOC's search for, or destruction of, documents or records reflecting Wayne Newlin's purchases from the commissary on September 8, 2017.

5. Identification of the times prisoners were taken to the commissary on September 8, 2017 and September 11, 2017, whether any prisoners on those dates were permitted to go to the commissary on lines other than their cell block lines, and if so, for what reasons were prisoners permitted to go to the commissary on a line other than their cell block line on September 8, 2017 and September 11, 2017.

6. IDOC's policies or procedures related to prisoner requests to go to the commissary on a line other than his cell block line.

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that I caused a true and correct copy of the foregoing **Plaintiff's Federal Rule of Civil Procedure 30(b)(6) Deposition Notice to Illinois Department of Corrections** to be served via electronic mail to each person identified below:

Maebetty Kirby
Office of the Illinois Attorney General
100 W. Randolph Street, Floor 13
Chicago, IL 60601
mkirby@atg.state.il.us


Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601
DOC.ILNDNotices@doc.illinois.gov


DATED: February 3, 2019

                */s/ Caitlin Young*_____
                *Counsel for Plaintiff Abdel Jaber Saleh*